1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEE DENVER FORD, | ) | Case No. EDCV 10-463 GAF(JC) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND |
| OFFICER JOHANSEN, et al., | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| Defendants. | ) ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered dismissing this action without prejudice for lack of prosecution.

///
///
///
///
///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein on plaintiff and on any counsel for defendants.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 8, 2010

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE