1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE DENVER FORD,<br><br>               Plaintiff,<br><br>      v.<br><br>OFFICER JOHANSEN, et al.,<br><br>              Defendants.<br>_____ | ) Case No. EDCV 10-463 GAF(JC)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

     Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that this action is dismissed without prejudice.

     DATED: November 8, 2010

                                        _____
                                        HONORABLE GARY A. FEESS
                                        UNITED STATES DISTRICT JUDGE